IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THE ESTATE OF EDWARD BOVEE,<br><br>Plaintiff,<br><br>v.<br><br>CORPORAL SAM WILKS and TOWN OF WYOMING,<br><br>Defendants. | Civil Action No. 23-192-CFC |

## ORDER

Pending before me is Defendants' Motion for Summary Judgment (D.I. 41). Although the Scheduling Order expressly requires the filing of a concise statement of facts with any summary judgment motion, D.I. 13 ¶ 11.c, Defendants did not file a concise statement of facts. The motion also appears to violate paragraph 11.b of the Scheduling Order. *See* D.I. 13 ¶ 11.b ("A party shall not combine into a single motion multiple motions that rely in whole or in part on different facts.").

NOW THEREFORE, at Wilmington on this Ninth day of July in 2024, Defendants' Motion for Summary Judgment (D.I. 41) is **DENIED**.

_____
CHIEF JUDGE