# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EDWARD BOVEE,<br>          Plaintiff,<br>v.<br>CORPORAL SAM WILKS and<br>TOWN OF WYOMING,<br>          Defendants. | C.A. No.: 23-00192 CFC |

## DEFENDANTS' REQUEST FOR LEAVE TO FILE MOTIONS AND BRIEFS IN SUPPORT OF SUMMARY JUDGMENT

Defendants Corporal Sam Wilks and Town of Wyoming respectfully request this Court grant leave to allow for the filing of Defendants' Motions for Summary Judgment and Briefs in Support of Summary Judgment in accordance with the Case Scheduling Order issued in this case. In support thereof, Defendants state:

1. Defendants filed a Motion for Summary Judgment and Opening Brief in Support of Summary Judgment on June 28, 2024 in accordance with case dispositive filing date in the Stipulation for Extension of Time entered by the Court on March 1, 2024. (D.I. 42).

2. The Court denied the Motion on July 9, 2024 due to Defendants failure to follow the Case Scheduling Order requirements to provide a concise statement of facts and file separate motions for each claim that is based upon different facts. (D.I. 50).

3. Defendants seek additional time until July 19, 2024, to file motions for summary judgments and opening briefs in support of summary judgment relating to

the various claims asserted by Plaintiff in this case, that consistent with the requirements of the Case Scheduling Order.

4. Plaintiff will not be prejudiced if leave is granted as trial is not scheduled until October 21, 2024. In addition, Defendants will endeavor to file their Motions and Opening Briefs sooner, if possible.

WHEREFORE, Defendants Sam Wilks and Town of Wyoming respectfully request leave be granted to allow them to file Motions for Summary Judgment and Opening Briefs in Support of Summary Judgment.

GIRODANO, DELCOLLO, WERB & GAGNE LLC

    */s/ Scott G. Wilcox*
Scott G. Wilcox, Esquire (DE ID 3882)
1007 North Orange Street, Suite 437
Wilmington, DE 19801
Telephone: (302) 463-7537

Dated: July 10, 2024
Scott@gdwlawfirm.com
*Counsel for Defendants Sam Wilks and Town of Wyoming*

## **CERTIFICATE OF SERVICE**

I, Scott G. Wilcox, Esquire, hereby certify that on the 10th day of July, 2024, I caused a true and correct copy of Defendants Request for Leave to file Motions for Summary Judgment and Opening Briefs in Support of Summary Judgment to be served via CM/ECF upon:

Ronald G. Poliquin, Esq.
The Poliquin Firm, LLC
1475 S. Governors Ave
Dover, DE  19904
Counsel for Plaintiff

                               */s/ Scott G. Wilcox*
                               Scott G. Wilcox, Esquire (DE ID 3882)