IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EDWARD BOVEE,<br>    Plaintiff,<br>v.<br>CORPORAL SAM WILKS and<br>TOWN OF WYOMING,<br>    Defendants. | C.A. No.: 23-00192 CFC |

[~~PROPOSED~~] ORDER

AND NOW this 10th day of July, 2024, upon consideration of the Defendants Motion for Leave to file Motions for Summary Judgment and Opening Briefs in Support of Summary Judgment, and any response thereto,

IT IS ORDERED, that the Motion is GRANTED. Defendant shall file their Motions for Summary Judgment and Opening Briefs in Support of Summary Judgment ~~no later~~ NO later than July 19, 2024.

_____
Judge Colm F. Connolly