# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EDWARD BOVEE,<br>        Plaintiff,<br>v.<br>CORPORAL SAM WILKS and<br>TOWN OF WYOMING,<br>        Defendants. | C.A. No.: 23-00192 CFC |

## DEFENDANTS' MOTION FOR LEAVE

Defendants Corporal Sam Wilks and Town of Wyoming respectfully request this Court grant leave to allow for the filing of Exhibits A and B which are separate "Concise Statement of Facts in Support of Summary Judgment" in accordance with the Case Scheduling Order issued in this case. In support thereof, Defendants state:

1. Defendants filed a Motion for Summary Judgment and Opening Brief in Support of Summary Judgment on June 28, 2024 in accordance with case dispositive filing date in the Stipulation for Extension of Time entered by the Court on March 1, 2024. (D.I. 42).

2. The Court denied the Motion on July 9, 2024 due to Defendants failure to follow the Case Scheduling Order requirements to provide a concise statement of facts and file separate motions for each claim that is based upon different facts. (D.I. 50).

3. Defendants filed a motion for leave to file two separate briefs with concise statements of facts which was granted by the Court. (D.I. 51, 52).

4. Defendants filed two separate motions for summary judgment and Opening Brief asserting separate distinct claims and concise statements of facts for each motion. (D.I. 53, 54, 55, 56).

5. Plaintiff then filed a Response to Defendants' Motions for Summary Judgment or in the Alternative Motion to Strike Opening Brief. (D.I. 57).

6. Although Defendants have provided statement of facts in each of the Opening Briefs (D.I. 54, 56), after consulting with other counsel, Defendants have determined the format the Court is seeking is different than what has been submitted.

7. As such, Defendants seek leave to file the documents attached at Exhibit A and B - "Concise Statement of Facts in Support of Summary Judgment" which incorporates the information from the statement of facts and other facts contained in Defendant Sam Wilks' Opening Brief in Support of Summary Judgment and Town of Wyoming's Opening Brief in Support of Summary Judgment. This appears to be more in line with what the Scheduling Order was referring to when it identified the concise statement of facts.[1]

---

[1] Defendants did not read the Scheduling Order in a manner that it required a separate document containing only the concise statement of facts or inclusion in the Motion for Summary Judgment since an Opening Brief was being filed. In the past in other cases, counsel has always included the facts in the Opening Brief. Defendants instead read the Scheduling Order to ensure that the statement of facts provided in the Opening Briefs were concise and not unnecessarily lengthy. Therefore, Defendants reduced the facts sections of the Opening Briefs to 2-3 pages so only the key facts that the Court needed to know and to comply with the other requirements of the Scheduling Order were provided.

8. The Third Circuit has "repeatedly stated our preference that cases be disposed of on the merits whenever practicable," *Hritz v. Woma Corp.*, 732 F.2d 1178, 1181 (3d Cir. 1984). By allowing the filing of Exhibits A and B, the Court will allow a decision on Defendants' Motions for Summary Judgment on the merits which will likely avoid or narrow the issues that may go to trial.

9. Plaintiff will suffer no prejudice by allowing the filing of the documents because, as noted, the facts are also contained in Defendants' Opening Briefs and Plaintiff has sufficient information to file his Answering Brief. Moreover, trial is not scheduled until October 21, 2024 and all other aspects of the case have been completed. So the filing of the documents will not affect any other aspect of the case.

10. Conversely, Defendants will be prejudiced if the Court is not able to consider the Motions for Summary Judgment and the defenses afforded to Defendant under the law, prior to trial, when the information in the Concise Statement of Facts is already in the record.

WHEREFORE, Defendants Sam Wilks and Town of Wyoming respectfully request leave be granted to allow them to file Exhibits A and B providing the "Concise Statement of Facts in Support of Summary Judgment" noted in the Opening Briefs.

|  | GIRODANO, DELCOLLO, WERB & GAGNE LLC |
|---|---|
|  |     */s/ Scott G. Wilcox* |
|  | Scott G. Wilcox, Esquire (DE ID 3882) |
|  | 1007 North Orange Street, Suite 437 |
|  | Wilmington, DE 19801 |
|  | Telephone: (302) 463-7537 |
| Dated:  July 22, 2024 | Scott@gdwlawfirm.com |
|  | *Counsel for Defendants Sam Wilks and Town of Wyoming* |

## **CERTIFICATE OF SERVICE**

I, Scott G. Wilcox, Esquire, hereby certify that on the 22nd day of July, 2024, I caused a true and correct copy of Defendants Motion for Leave to be served via CM/ECF upon:

Ronald G. Poliquin, Esq.
The Poliquin Firm, LLC
1475 S. Governors Ave
Dover, DE  19904
Counsel for Plaintiff

                                             */s/ Scott G. Wilcox*
                                     Scott G. Wilcox, Esquire (DE ID 3882)