# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EDWARD BOVEE,<br>      Plaintiff,<br>v.<br>CORPORAL SAM WILKS and<br>TOWN OF WYOMING,<br>      Defendants. | C.A. No.: 23-00192 CFC |

**DEFENDANT CORPORAL SAM WILKS' CONCISE STATEMENT
OF FACTS IN SUPPORT OF SUMMARY JUDGMENT**

**I.  Defendant Corporal Wilks is protected against Plaintiff's claims of Fourth Amendment Violation by the Doctrine of Qualified Immunity.**

1. The facts of the incident on December 1, 2021 are taken from Corporal Wilks Police Report of the incident. Exhibit A. Since Mr. Bovee passed away prior to any discovery being conducted, Plaintiff has been unable to present any evidence to dispute the narrative in Corporal Wilks' report.

2. Plaintiff's Expert, Glenn Garrel, issued a report that finds Corporal Wilks' actions largely "reasonable and according to [his] training." Exhibit B pgs. 14-17.

3. Defendants' Expert, Chris Boyle agrees finding Corporal Wilks' use of force resistant actions of the subject, designed to gain control of that resistant subject, and ceased when that control was achieved. Exhibit C pgs. 34-36.

**II.     Corporal Wilks is immune from liability for the tort claims of assault and intentional infliction of emotional distress (Counts III and IV) by the County and Municipal Tort Claims Act, 10 Del. C. § 4010, et seq.**

4.      The facts of the incident on December 1, 2021 are taken from Corporal Wilks Police Report of the incident. Exhibit A.  Since Mr. Bovee passed away prior to any discovery being conducted, Plaintiff has been unable to present any evidence to dispute the narrative in Corporal Wilks' report.

5.      Plaintiff's Expert, Glenn Garrel, issued a report that finds Corporal Wilks' actions largely "reasonable and according to [his] training." Exhibit B pgs. 14-17.

6.      Defendants' Expert, Chris Boyle agrees finding Corporal Wilks' use of force resistant actions of the subject, designed to gain control of that resistant subject, and ceased when that control was achieved. Exhibit C pgs. 34-36.

7.      Corporal Wilks acted with a  Corporal Wilks testified in his deposition that he "I've been spit on, I've been bit, punched, ran over, shot at, and I don't take it personally. It's the job I signed up for.  So I don't – I -- I'm not going home at night and thought, oh, man, that guy is, like, the biggest jerk or – To me, it's – that's my job." Exhibit D pg. 93. This demonstrates he did not maintain the requisite conscious indifference to the consequences in circumstances of his actions or an "I don't care" attitude.

|  |  |
|---|---|
|  | **GIORDANO, DELCOLLO, WERB & GAGNE, LLC** |
|  | */s/ Scott G. Wilcox* <br> Scott G. Wilcox, Esq. (ID #3882) <br> 1007 North Orange Street, Suite 446 <br> Wilmington, DE 19801 <br> Telephone: (302) 463-7537 <br> Facsimile: (302) 856-4518 <br> Scott@gdwlawfirm.com |
| DATE: July 22, 2024 | *Attorney for Defendants Sam Wilks* |