# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EDWARD BOVEE,<br>      Plaintiff,<br>v.<br>CORPORAL SAM WILKS and<br>TOWN OF WYOMING,<br>      Defendants. | C.A. No.: 23-00192 CFC |

**DEFENDANT TOWN OF WYOMING'S CONCISE STATEMENT
OF FACTS IN SUPPORT OF SUMMARY JUDGMENT**

**I.    Plaintiff's has not presented a prima facie claim of failure to train, supervise and/or discipline against the Town of Wyoming.**

1.    The facts of the incident on December 1, 2021 are taken from Corporal Wilks Police Report of the incident. Exhibit 1. Since Mr. Bovee passed away prior to any discovery being conducted, Plaintiff has been unable to present any evidence to dispute the narrative in Corporal Wilks' report.

2.    Plaintiff filed a Complaint asserting a single claim of failure to train, supervise and discipline against the Town of Wyoming. (D.I. 1 (Compl.) ¶¶26-30)).

3.    In discovery, Plaintiff responses to discovery were that "Defendant Town of Wyoming failed to train, supervise and/or discipline its police officers including Wilkes (sic). Plaintiff will supplement this interrogatory after discovery." Exhibit 2, Interrogatory No. 20.

4.    Plaintiff responded to document requests with as "[n]one at this time." Exhibit 3, Document Request No. 12. Plaintiff never supplemented the discovery responses or provided documentation to support the claim.

1

5. Plaintiff's expert's report does not identify or support a prima facie case for a Fourteenth Amendment failure to train, supervise or discipline but instead explains who Corporal Wilks, Chief Willey and the Town of Wyoming failed to follow the Town of Wyoming Police Procedures. Exhibit 4.

                                      **GIORDANO, DELCOLLO, WERB & GAGNE, LLC**

                                      */s/ Scott G. Wilcox*
                                      Scott G. Wilcox, Esq. (ID #3882)
                                      1007 North Orange Street, Suite 446
                                      Wilmington, DE 19801
                                      Telephone: (302) 463-7537
                                      Facsimile: (302) 856-4518
                                      Scott@gdwlawfirm.com

DATE: July 22, 2024                *Attorney for Defendant Town of Wyoming*