# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EDWARD BOVEE, | |
|     Plaintiff, | |
| v. | |
| CORPORAL SAM WILKS and TOWN OF WYOMING, | C.A. No.: 23-00192 CFC |
|     Defendants. | |

## [PROPOSED] ORDER

**AND NOW** this _____ day of _____, 2024, upon consideration of the Defendants Motion for Leave to file, and any response thereto,

**IT IS ORDERED,** that the Motion is **GRANTED**. Defendants shall file Exhibits A and B providing Concise Statement of Facts in support their Motions for Summary Judgment and Opening Briefs in Support of Summary Judgment with one day of the entry of this Order.

**IT IS FURTHER ORDERED**, that Plaintiff's Answering Briefs to Defendants' Motions for Summary Judgment shall be filed by July 31, 2024 as required by Delaware District Court Local Rules.

_____
Judge Colm F. Connolly