# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ESTATE OF EDWARD BOVEE,<br><br>        Plaintiff,<br>v.<br><br>CORPORAL SAM WILKS and<br>TOWN OF WYOMING,<br><br>        Defendants. | C.A. No.: 23-00192 CFC |

## DEFENDANTS' MOTION FOR LEAVE
## TO FILE ADDITIONAL MOTIONS IN LIMINE

Defendants Corporal Sam Wilks and Town of Wyoming respectfully request this Court grant leave to allow them to file additional Motions *In Limine*. In support thereof, Defendants state:

1. Defendants filed a Motion for Summary Judgment and Opening Brief in Support on June 28, 2024, in accordance with case dispositive filing date in the Stipulation for Extension of Time entered by the Court on March 1, 2024. (D.I. 42).

2. Defendants sought dismissal of the four claims asserted in the Complaint based upon legal defenses.

3. The Court denied the Motion on July 9, 2024, due to Defendants failure to follow the Case Scheduling Order requirements to provide a Concise Statement of Facts and file separate Motions for each claim that is based upon different facts. (D.I. 50).

4. Defendants filed a Motion for Leave to file two separate Briefs with Concise Statements of Facts which was granted by the Court. (D.I. 51, 52).

5. Defendants filed two separate Motions for Summary Judgment and Opening Brief asserting separate distinct claims and Concise Statements of Facts for each Motion. (D.I. 53, 54, 55, 56).

6. Plaintiff then filed a Response to Defendants' Motions for Summary Judgment or in the Alternative Motion to Strike the Opening Brief claiming they failed to comply with the Court's requirements for Concise Statement of Facts. (D.I. 57).

7. Defendants sought additional leave to file the Opening Brief with Concise Statements of Facts (previously provided) in the believed format preferred by the Court.

8. The Court denied Defendants' Motion for Summary Judgment and Motion for Leave. (D.I. 61)

9. The case is now proceeding to Trial without the Court deciding the legal defenses raised in the Motions for Summary Judgment which could significantly limit the issues presented at trial or negate the need for a trial altogether.

10. Moreover, because the issues raised in the Motions for Summary Judgment are legal matters, they should be decided by the Court not a lay Jury.

11.     The Scheduling Order for this case limits the number of motions *in limine* to three requests "unless otherwise permitted by the Court".  Defendants would like to file five (5) *in limine* requests.  Two requests will seek to exclude certain exhibits and testimony at trial and three request will seek the Court's consideration of the legal defenses raised in the Motions for Summary Judgement.

12.     Plaintiff will not be prejudiced if leave is granted.  Plaintiff has been aware of the legal defenses since the Defendants original Motions for Summary Judgment was filed on June 28, 2024, providing him with ample time to prepare a response.  And since these are legal defenses raised by Defendants in their Answer and inquired about in Plaintiff's Discovery to Defendants, there is no surprise with Defendants assertion of these defenses.

13.     Defendants will be significantly prejudiced if leave is not granted as it will be prevented from having the Court consider valid legal defenses, that are supported by legal precedent, that will likely limit or negate the claims asserted at trial.  Additionally, these requests are matters that a jury is not properly educated to decide and should be decided by the Court.

WHEREFORE, Defendants Sam Wilks and Town of Wyoming respectfully request leave be granted to allow them to file five (5) separate Motions in Limine.

GIRODANO, DELCOLLO, WERB & GAGNE LLC

/s/ Scott G. Wilcox
Scott G. Wilcox, Esquire (DE ID 3882)
1007 North Orange Street, Suite 437
Wilmington, DE 19801
Telephone: (302) 463-7537
Scott@gdwlawfirm.com
*Counsel for Defendants Sam Wilks and Town of Wyoming*

Dated: September 5, 2024

## **CERTIFICATE OF SERVICE**

I, Scott G. Wilcox, Esquire, hereby certify that on the 5th day of September, 2024, I caused a true and correct copy of Defendants Motion for Leave to File Additional Motions In Limine to be served via CM/ECF upon:

Ronald G. Poliquin, Esq.
The Poliquin Firm, LLC
1475 S. Governors Ave
Dover, DE  19904
Counsel for Plaintiff

                                            */s/ Scott G. Wilcox*
                                           Scott G. Wilcox, Esquire (DE ID 3882)