# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **ESTATE OF EDWARD BOVEE**<br><br>Plaintiff,<br><br>vs.<br><br>**CORPORAL SAM WILKS AND TOWN OF WYOMING,**<br><br>Defendants. | CIVIL ACTION NO. 1:23-cv-00192-CFC |

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between the parties in the above-captioned action, through the undersigned counsel, that this action was resolved by the parties and is dismissed in its entirety, with prejudice.

| | |
|---|---|
| **The Poliquin Firm, LLC.** | **Giordano, DelCollo, Werb & Gagne, LLC.** |
| */s/ Ronald G. Poliquin*<br>Ronald G. Poliquin (#4447)<br>1475 South Governors Avenue<br>Dover, DE 19904<br>302-702-5500<br>ron@poliquinfirm.com<br>*Attorney for Plaintiff* | */s/ Scott Wilcox*<br>Scott Wilcox (#3882)<br>1007 North Orange Street, Ste 446<br>Wilmington, DE 19801<br>(302) 463-7537<br>scott@gdwlawfirm.com<br>*Attorney for Defendant* |

Date: November 8, 2024

**SO ORDERED** this <u>  8th  </u> day of <u>  November  </u>, 2024.

<u>/s/ Colm F. Connolly</u>
Judge Colm F. Connelly